# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2013

147187

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

RYAN CHRISTOPHER SMITH,
      Defendant-Appellee.

SC: 147187
COA: 312242
Wayne CC: 11-001972-FH

_____/

On order of the Court, the application for leave to appeal the May 7, 2013 order of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether a trial court loses jurisdiction, for purposes of sentencing or otherwise, by failure to sentence a defendant within one year after delaying sentence under MCL 771.1; (2) whether a defendant waives a claim of error related to a delay in sentencing where he requests a delayed sentence under the statute; and (3) what remedy should apply to a failure to sentence a defendant within a year of conviction.

The Criminal Defense Attorneys of Michigan and Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2013



Clerk

p0911